# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:16−cr−00334−JNE−KMM All Defendants
### *Internal Use Only*

Case title: USA v. Hansmeier et al

Date Filed: 12/14/2016

Related Case: 0:21−cv−02751−JNE

Date Terminated: 07/10/2019

Assigned to: Judge Joan N. Ericksen
Referred to: Magistrate Judge Katherine M Menendez (mj)

Appeals court case number: 19−2386

### Defendant (1)

**Paul R Hansmeier**
*TERMINATED: 06/17/2019*

represented by **Paul R Hansmeier**
Reg. No. 20953−041
FCI Sandstone Unit K3
P.O. Box 1000
Sandstone, MN 55072
PRO SE

**Andrew H. Mohring**
Office of the Federal Defender
300 South Fourth Street
107 US Courhouse
Minneapolis, MN 55415
612−664−5858
Fax: 612−664−5850
Email: amohring@goetzeckland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Manvir K Atwal**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
(612) 664−5858
Fax: (612) 664−5850
Email: manny_atwal@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1349 CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD (1) | Custody of BOP for 168 months as to Count 1 and 168 months as to Count 17 to be served concurrently; 2 years Supervised Release; $200 Special Assessment; $1,541,527.37 Restitution jointly and severally |
| 18:1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING (17) | Custody of BOP for 168 months as to Count 1 and 168 months as to Count 17 to be served concurrently; 2 years Supervised Release; $200 Special Assessment; $1,541,527.37 Restitution jointly and severally |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1341 and 2 MAIL FRAUD (2−6) | Dismissed |
| 18:1343 and 2 WIRE FRAUD (7−16) | Dismissed |
| 18:371 CONSPIRACY TO COMMIT AND SUBORN PERJURY (18) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Joan N. Ericksen
Referred to: Magistrate Judge Katherine M Menendez (mj)

**Defendant (2)**

| | | |
| --- | --- | --- |
| **John L Steele** *TERMINATED: 07/10/2019* | represented by | **Mark Eiglarsh** Law Offices of Mark Eiglarsh |

3107 Stirling Road
Suite 207
Fort Lauderdale, FL 33312
305–674–0003
Email: mark@eiglarshlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Peter B Wold**
Wold Morrison Law
TriTech Center, Suite 705
331 Second Avenue South
Minneapolis, MN 55401
612–341–2525
Fax: 612–341–0116
Email: pwold@wold–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349 CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD (1) | Custody of BOP for 60 months as to Count 1 and 60 months as to Count 17 to be served concurrently; 2 years Supervised Release to be served concurrently; $200 Special Assessment; $1,541,527.37 Restitution. |
| 18:1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING (17) | Custody of BOP for 60 months as to Count 1 and 60 months as to Count 17 to be served concurrently; 2 years Supervised Release to be served concurrently; $200 Special Assessment; $1,541,527.37 Restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1341 and 2 MAIL FRAUD (2–6) | Dismissed |
| 18:1343 and 2 WIRE FRAUD (7–16) | Dismissed |
| 18:371 CONSPIRACY TO COMMIT AND SUBORN PERJURY (18) | Dismissed |

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Ana H Voss** |
|---|---|---|

<div style="margin-left:4em;">

United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
612−664−5600
Fax: 612−664−5788
Email: ana.voss@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J MacLaughlin**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
(612) 664−5600
Email: david.maclaughlin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin M Secord**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
612−664−5611
Email: erin.secord@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin F Langner**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
612−664−5636
Fax: 612−664−5787
Email: benjamin.langner@usdoj.gov
*TERMINATED: 06/01/2022*
*Designation: Retained*

</div>

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/14/2016 | 1 | | INDICTMENT assigned to Judge Joan N. Ericksen referred to Magistrate Judge Katherine M. Menedez by USA Benjamin F. Langner as to Paul R Hansmeier (1) counts 1–18, John L Steele (2) counts 1–18. Forfeiture allegations as to this indictment. (LPH) Document QCd by mkg. Modified text on 12/23/2016 (MKG). (Entered: 12/15/2016) |
| 12/14/2016 | 2 | | Defendant Information Sheet as to Paul R Hansmeier, John L Steele. (Attachments: # 1 Original Signature Page) (LPH) Document QCd by mkg. Modified text on 12/23/2016 (MKG). (Entered: 12/15/2016) |
| 12/14/2016 | 3 | | Bench Warrant Issued as to Paul R Hansmeier by Judge Ann D. Montgomery. (LPH) (Entered: 12/15/2016) |
| 12/14/2016 | 4 | | Bench Warrant Issued as to John L Steele by Judge Ann D. Montgomery. (LPH) (Entered: 12/15/2016) |
| 12/14/2016 | 5 | | ORAL MOTION to Seal Under 49.1(d) until the defendants make an initial appearance by USA as to Paul R Hansmeier, John L Steele. (LPH) (Entered: 12/15/2016) |
| 12/14/2016 | 6 | | ORAL ORDER granting 5 Oral Motion to Seal Under 49.1(d) until the defendants make an initial appearance as to Paul R Hansmeier (1), John L Steele (2) by Judge Ann D. Montgomery on 12/14/16. (LPH) Modified text on 12/15/2016 (LPH). (Entered: 12/15/2016) |
| 12/16/2016 | 7 | | MOTION to Unseal by USA as to Paul R Hansmeier, John L Steele. (LPH) Document QC'd by JLW on 1/11/2017 (JLW). (Entered: 12/16/2016) |
| 12/16/2016 | 8 | | ORDER granting 7 Motion to Unseal as to Paul R Hansmeier (1), John L Steele (2). Signed by Judge Joan N. Ericksen on 12/16/16. (LPH) cc: USA. Modified text on 12/29/2016 (LPH). Document QC'd by JLW on 1/11/2017 (JLW). (Entered: 12/16/2016) |
| 12/16/2016 | 9 | | Minute Entry for proceedings held before Magistrate Judge Janie S. Mayeron: Initial Appearance as to Paul R Hansmeier held on 12/16/2016. Retained counsel present. Bond set at $25,000 RPR. Arraignment to be held at a date and time to be determined. Govt motion to unseal entire case – granted. (LPH) (Entered: 12/16/2016) |
| 12/16/2016 | 11 | | ORDER Setting Conditions of Release as to Paul R Hansmeier. Signed by Magistrate Judge Janie S. Mayeron on 12/16/16. (LPH) Document QC'd by JLW on 1/11/2017 (JLW). (Entered: 12/19/2016) |
| 12/16/2016 | 12 | | Appearance Bond Entered as to Paul R Hansmeier. Signed by Magistrate Judge Janie S. Mayeron on 12/16/16. (LPH) Document QC'd by JLW on 1/11/2017 (JLW). (Entered: 12/19/2016) |
| 12/19/2016 | 13 | | Rule 5(c) (3) Documents Received from Southern District of Florida; defendant arrested, appeared and released on 12/16/16 as to John L Steele. (LPH) Document QC'd by JLW on 12/29/2016 (JLW). (Entered: 12/19/2016) |
| 12/19/2016 | 14 | | RESTRICTED: Restricted Bond Documents from the Southern District of Florida as to John L Steele. (LPH) Document QC'd by JLW on 12/29/2016 (JLW). (Entered: 12/19/2016) |

| | | | |
|---|---|---|---|
| 12/23/2016 | 31 | | Bench Warrant Returned Executed on 12/16/2016 as to John L Steele. (MMG) Document QC'ed on 2/7/2017 (MMG). (Entered: 01/18/2017) |
| 12/30/2016 | 16 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Paul R Hansmeier. (Atwal, Manvir) (Entered: 12/30/2016) |
| 01/04/2017 | 17 | | MOTION to Retain Rough Notes *and Evidence* by Paul R Hansmeier. (Mohring, Andrew) (Entered: 01/04/2017) |
| 01/04/2017 | 18 | | ORDER granting 17 Motion to Retain Rough Notes as to Paul R Hansmeier (1). Signed by Magistrate Judge Katherine M. Menendez on 1/4/17. (LPH) (Entered: 01/04/2017) |
| 01/04/2017 | 19 | | ORDER/NOTICE OF HEARING as to Paul R Hansmeier. Arraignment set for 1/19/2017 10:30 AM in Courtroom 8E (MPLS) before Magistrate Judge Katherine M. Menendez. Signed by Magistrate Judge Katherine M. Menendez on 1/4/17. (LPH) (Entered: 01/04/2017) |
| 01/04/2017 | 20 | | ORDER/NOTICE OF HEARING as to John L Steele. Arraignment set for 1/9/2017 09:00 AM in Courtroom 8E (MPLS) before Magistrate Judge Katherine M. Menendez. Signed by Magistrate Judge Katherine M. Menendez on 1/4/17. (LPH) (Entered: 01/04/2017) |
| 01/06/2017 | 21 | | AMENDED NOTICE/ORDER OF HEARING as to John L Steele. Initial Appearance and Arraignment set for 1/9/2017 09:00 AM in Courtroom 8E (MPLS) before Magistrate Judge Katherine M. Menendez. Signed by Magistrate Judge Katherine M. Menendez on 1/6/17. (LPH) (Entered: 01/06/2017) |
| 01/06/2017 | 30 | | Bench Warrant Returned Executed on 12/16/2016 as to Paul R Hansmeier. (MMG) Document QC'ed on 2/7/2017 (MMG). (Entered: 01/18/2017) |
| 01/09/2017 | 22 | | Minute Entry for proceedings held before Magistrate Judge Katherine M. Menendez; Initial Appearance as to John L Steele held on 1/9/2017; retained counsel present; Defendant released on same conditions imposed by the court in the Southern District of Florida, see doc 13 . Defendant also arraigned at this hearing, see separate arraignment minutes. (JLW) (Entered: 01/09/2017) |
| 01/09/2017 | 23 | | Minute Entry for proceedings held before Magistrate Judge Katherine M. Menendez: Arraignment as to John L Steele (2) Count 1,2–6,7–16,17,18 held on 1/9/2017. Not Guilty Plea Entered. Disclosure due by 1/17/2017. Motions due by 1/30/2017. Jury Trial set for 3/13/2017 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. Motion Hearing set for 2/28/2017 01:00 PM in Courtroom 8E (MPLS) before Magistrate Judge Katherine M. Menendez. Voir Dire/Jury Instructions deadline due by 3/6/2017. (JLW) (Entered: 01/09/2017) |
| 01/09/2017 | 24 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for John L Steele. (Wold, Peter) (Entered: 01/09/2017) |
| 01/09/2017 | 25 | | ARRAIGNMENT ORDER as to John L Steele. Signed by Magistrate Judge Katherine M. Menendez on 1/9/17. (Attachments: # 1 LR 12.1) (JLW) (Entered: 01/09/2017) |
| 01/09/2017 | 26 | | MOTION for Admission Pro Hac Vice for Attorney Mark Eiglarsh. Filing fee $ 100, receipt number AMNDC–5279867 by John L Steele. (Wold, Peter) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/09/2017) |
| 01/11/2017 | 27 | | TEXT ONLY ENTRY: ORDER granting 26 Motion for Admission Pro Hac Vice of Attorney Mark Eiglarsh for John L Steele (2). Approved by Magistrate Judge Katherine M. Menendez on 1/11/17. (MAM) (Entered: 01/11/2017) |
| 01/12/2017 | 28 | | NOTICE *OF PERMANENT APPEARANCE* by John L Steele (Eiglarsh, Mark) (Entered: 01/12/2017) |
| 01/17/2017 | 29 | | RECEIPT number 44641092080 in the amount of $10,000.00 received from the Southern District of Florida re: Appearance Bond as to John L Steele. (MKG) Qc'd on 2/23/2017 (KNK). (Entered: 01/17/2017) |
| 01/19/2017 | 32 | | Minute Entry for proceedings held before Magistrate Judge Katherine M. Menendez: Arraignment as to Paul R Hansmeier (1) on Counts 1–18 held on 1/19/2017. Not Guilty Plea entered. Counsel appointed. (LPH) (Entered: 01/19/2017) |
| 01/30/2017 | 33 | | MOTION for Discovery by USA as to Paul R Hansmeier. (MacLaughlin, David) (Entered: 01/30/2017) |
| 01/30/2017 | 34 | | MOTION for Discovery by USA as to John L Steele. (MacLaughlin, David) (Entered: 01/30/2017) |
| 02/02/2017 | 35 | | TEXT–ONLY NOTICE OF SETTING CHANGE OF PLEA as to John L Steele. Change of Plea Hearing set for 3/6/2017 at 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. (CBC) (Entered: 02/02/2017) |
| 02/14/2017 | 36 | | MOTION *to Designate Case as Complex Under Speedy Trial Act* by Paul R Hansmeier. (Mohring, Andrew) (Entered: 02/14/2017) |
| 02/15/2017 | 38 | | ORDER granting 36 Motion to Designate Case as Complex Under Speedy Trial Act as to Paul R Hansmeier (1). Signed by Magistrate Judge Katherine M. Menendez on 2/15/17. (LPH) (Entered: 02/16/2017) |
| 02/16/2017 | 37 | | STATEMENT OF FACTS in Support of Exclusion of Time Under the Speedy Trial Act by Paul R Hansmeier re 36 MOTION *to Designate Case as Complex Under Speedy Trial Act* (Mohring, Andrew) (Entered: 02/16/2017) |
| 02/24/2017 | 39 | | Release Status Report to the Court as to John L Steele. (Attachments: # 1 Order)(JMM) (Entered: 02/24/2017) |
| 02/27/2017 | 40 | | Order Modifying Conditions of Pretrial Release as to John L Steele. Signed by Judge Joan N. Ericksen on February 27, 2017. (CBC) (Entered: 02/27/2017) |
| 03/06/2017 | 41 | | Minute Entry for proceedings held before Judge Joan N. Ericksen: Plea Agreement Hearing as to John L Steele held on 3/6/2017. Plea entered by John L Steele (2) Guilty as to Counts 1 and 17. (Court Reporter Maria Weinbeck) (KRK) Per Chambers, entry restricted to case participants only. Modified text on 3/6/2017 (lmb). (Entered: 03/06/2017) |
| 03/06/2017 | 42 | | Amended Minute Entry for proceedings held before Judge Joan N. Ericksen: Plea Agreement Hearing as to John L Steele held on 3/6/2017. Plea entered by John L Steele (2) Guilty as to Counts 1 and 17. (Court Reporter Maria Weinbeck) (KRK) (Entered: 03/06/2017) |
| 03/06/2017 | 43 | | |

| | | |
|---|---|---|
| | | | PLEA AGREEMENT as to John L Steele. (LPH) Document QC'ed on 3/10/2017 (MMG). (Entered: 03/06/2017) |
| 03/07/2017 | 44 | | TRANSCRIPT REQUEST by Paul R Hansmeier for a 30–Day Transcript to Court Reporter Maria Weinbeck. (Atwal, Manvir) (Entered: 03/07/2017) |
| 03/21/2017 | 45 | | NOTICE of Filing of Official Transcript as to John L Steele. This filing has 1 transcript(s) associated with it. (MVW) (Entered: 03/21/2017) |
| 03/21/2017 | 46 | | TRANSCRIPT of Change of Plea Hearing held on 03/06/2017 before Judge Joan N. Ericksen as to John L Steele. (32 pages). Court Reporter: Maria Weinbeck. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>For information on redaction procedures, please review Local Rule 5.5. Redaction Request due 4/11/2017. Redacted Transcript Deadline set for 4/21/2017. Release of Transcript Restriction set for 6/19/2017. (MVW) (Entered: 03/21/2017) |
| 04/24/2017 | 47 | | DECLARATION *of Discovery and Outline of Pretrial Motions* by Paul R Hansmeier (Mohring, Andrew) (Entered: 04/24/2017) |
| 04/24/2017 | 48 | | MOTION to Dismiss by Paul R Hansmeier. (Mohring, Andrew) (Entered: 04/24/2017) |
| 04/24/2017 | 49 | | MEMORANDUM in Support by Paul R Hansmeier re 48 MOTION to Dismiss (Mohring, Andrew) (Entered: 04/24/2017) |
| 04/24/2017 | 50 | | MOTION for Bill of Particulars by Paul R Hansmeier. (Mohring, Andrew) (Entered: 04/24/2017) |
| 04/24/2017 | 51 | | MOTION for Discovery and Inspection by Paul R Hansmeier. (Mohring, Andrew) (Entered: 04/24/2017) |
| 04/24/2017 | 52 | | MOTION for Discovery *of Expert Under Rule 16(a)(1)(G)* by Paul R Hansmeier. (Mohring, Andrew) (Entered: 04/24/2017) |
| 04/24/2017 | 53 | | MOTION for Disclosure *of 404 Evidence* by Paul R Hansmeier. (Mohring, Andrew) (Entered: 04/24/2017) |
| 04/24/2017 | 54 | | MEMORANDUM in Support by Paul R Hansmeier re 53 MOTION for Disclosure *of 404 Evidence* (Mohring, Andrew) (Entered: 04/24/2017) |
| 05/12/2017 | 55 | | MOTION for Extension of Time to File Response/Reply as to 53 MOTION for Disclosure *of 404 Evidence*, 52 MOTION for Discovery *of Expert Under Rule 16(a)(1)(G)*, 48 MOTION to Dismiss , 50 MOTION for Bill of Particulars , 51 MOTION for Discovery and Inspection , 47 Declaration by USA as to Paul R Hansmeier. (MacLaughlin, David) (Entered: 05/12/2017) |
| 05/17/2017 | 56 | | TEXT ONLY ENTRY: Oral ORDER in case as to Paul R Hansmeier. The Court has received and reviewed the government's Motion for Extension of Time. ECF No. 55. After consulting with counsel for both the government and Mr. Hansmeier, the Court will reset the hearing and schedule as detailed in this order. Accordingly, the government's motion is GRANTED. It is HEREBY ORDERED that: 1. The government's response to Mr. Hansmeier's pretrial motions is due on or before June 2, 2017. 2. Mr. Hansmeier's reply brief is due |

| | | | |
|---|---|---|---|
| | | | on or before June 16, 2017. 3. Any notice of intent to call witnesses must be filed on or before June 2, 2017. 4. Any responsive notice of intent to call witnesses is due on or before June 16, 2017. 5. The motions hearing currently set for June 6, 2017 is CANCELED and RESCHEDULED for June 23, 2017 at 9:00 AM in Courtroom 8E (Mpls) before Magistrate Judge Katherine M. Menendez. Signed by Magistrate Judge Katherine M. Menendez on 5/17/17. (MG) (Entered: 05/17/2017) |
| 06/02/2017 | 57 | | RESPONSE to Motion by USA as to Paul R Hansmeier re 53 MOTION for Disclosure *of 404 Evidence*, 52 MOTION for Discovery *of Expert Under Rule 16(a)(1)(G)*, 48 MOTION to Dismiss , 50 MOTION for Bill of Particulars , 51 MOTION for Discovery and Inspection (Langner, Benjamin) (Entered: 06/02/2017) |
| 06/14/2017 | 58 | | MOTION for Release of Brady Materials by Paul R Hansmeier. (Mohring, Andrew) (Entered: 06/14/2017) |
| 06/16/2017 | 59 | | REPLY TO RESPONSE to Motion by Paul R Hansmeier re 48 MOTION to Dismiss (Mohring, Andrew) (Entered: 06/16/2017) |
| 06/16/2017 | 60 | | REPLY TO RESPONSE to Motion by Paul R Hansmeier re 58 MOTION for Release of Brady Materials , 53 MOTION for Disclosure *of 404 Evidence*, 52 MOTION for Discovery *of Expert Under Rule 16(a)(1)(G)*, 33 MOTION for Discovery , 50 MOTION for Bill of Particulars , 51 MOTION for Discovery and Inspection (Mohring, Andrew) (Entered: 06/16/2017) |
| 06/23/2017 | 61 | | Minute Entry for proceedings held before Magistrate Judge Katherine M. Menendez: Motion Hearing as to Paul R Hansmeier held on 6/23/2017: **Non–Dispositive Motions 33, 50, 51, 52, 53, 58 and Dispositive Motion 48** taken under advisement 6/23/2017. Order and R&R to be issued. (Court Reporter Staci Heichert) (LPH) (Entered: 06/23/2017) |
| 06/23/2017 | 62 | | TRANSCRIPT REQUEST by Paul R Hansmeier for an Expedited 14–Day Transcript of 61 Motion Hearing, to Court Reporter Staci Heichert. (Atwal, Manvir) (Entered: 06/23/2017) |
| 06/26/2017 | 63 | | ORDER granting 33 Motion for Discovery; denying 50 Motion for Bill of Particulars; granting 51 Motion for Discovery and Inspection; granting in part 52 Motion for Discovery; granting in part 53 Motion for Disclosure; granting 58 Motion for Release of Brady Materials as to Paul R Hansmeier (1). Signed by Magistrate Judge Katherine M. Menendez on 6/26/17. (LPH) (Entered: 06/26/2017) |
| 06/28/2017 | 64 | | NOTICE of Filing of Official Transcript as to Paul R Hansmeier. This filing has 1 transcript(s) associated with it. (SAH) (Entered: 06/28/2017) |
| 06/28/2017 | 65 | | TRANSCRIPT of Motions Hearing held on 6/23/2017 before Magistrate Judge Katherine M. Menendez as to Paul R Hansmeier. (68 pages). Court Reporter: Staci Heichert. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*. For information on redaction procedures, please review Local Rule 5.5. Redaction Request due 7/19/2017. Redacted Transcript Deadline set for 7/31/2017. Release of Transcript Restriction set for 9/26/2017. (SAH) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/28/2017) |
| 07/24/2017 | 66 | | REPORT AND RECOMMENDATION as to Paul R Hansmeier recommends 48 MOTION to Dismiss be denied. Objections to R&R due by 8/7/2017. Responses to Objections to R&R due by 8/21/2017. Order on R&R Issue Date 9/20/2017. Signed by Magistrate Judge Katherine M. Menendez on 7/24/17. (AKL) (Entered: 07/24/2017) |
| 08/02/2017 | 67 | | MOTION to Exclude Time Under the Speedy Trial Act by Paul R Hansmeier. (Atwal, Manvir) (Entered: 08/02/2017) |
| 08/02/2017 | 68 | | STATEMENT OF FACTS in Support of Exclusion of Time Under the Speedy Trial Act by Paul R Hansmeier re 67 MOTION to Exclude Time Under the Speedy Trial Act (Atwal, Manvir) (Entered: 08/02/2017) |
| 08/03/2017 | 69 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Paul R Hansmeier. (Atwal, Manvir) (Entered: 08/03/2017) |
| 08/07/2017 | 70 | | MOTION for Extension of Time to File *Objections to Report and Recommendation* by Paul R Hansmeier. (Atwal, Manvir) (Entered: 08/07/2017) |
| 08/07/2017 | 71 | | TEXT–ONLY ORDER granting Defendant's 70 Motion for Extension of Time to File Objections to Report and Recommendation as to Paul R Hansmeier (1). The parties' Objections to the Report and Recommendation due by 8/14/2017. Responses to Objections to R&R due by 8/28/2017. Defendant's request for a five–page extension to the page limits is approved as to both parties. Signed by Judge Joan N. Ericksen on August 7, 2017. (CBC) (Entered: 08/07/2017) |
| 08/10/2017 | 72 | | ORDER granting 67 Motion to Exclude Time Under the Speedy Trial Act as to Paul R Hansmeier (1). Signed by Judge Joan N. Ericksen on August 10, 2017. (CBC) (Entered: 08/10/2017) |
| 08/14/2017 | 73 | | OBJECTION TO REPORT AND RECOMMENDATIONS re: 66 by Paul R Hansmeier (Atwal, Manvir) (Entered: 08/14/2017) |
| 08/21/2017 | 74 | | TRANSCRIPT REQUEST by USA as to Paul R Hansmeier for a COPY OF 65 Transcript(s) to Court Reporter Staci Heichert. (Langner, Benjamin) Modified text on 8/23/2017 (LEG). (Entered: 08/21/2017) |
| 08/28/2017 | 75 | | RESPONSE by USA as to Paul R Hansmeier re 73 Objection to Report and Recommendations (Langner, Benjamin) (Entered: 08/28/2017) |
| 09/08/2017 | 76 | | ORDER adopting Report and Recommendation 66 . Defendant Paul R. Hansmeier's Motion to Dismiss [Dkt. No. 48] is DENIED. (Written Opinion) Signed by Judge Joan N. Ericksen on September 8, 2017. (CBC) (Entered: 09/08/2017) |
| 01/16/2018 | 77 | | Proposed Petition for Modification of Pretrial Release as to John L Steele. (SC) (Entered: 01/16/2018) |
| 01/17/2018 | 78 | | ORDER granting 77 Petition for Modification of Pretrial Release as to John L Steele (2). Signed by Judge Joan N. Ericksen on January 17, 2018. (CBC) (Entered: 01/17/2018) |
| 02/13/2018 | 79 | | TRIAL NOTICE as to Paul R Hansmeier. Jury Trial set for 3/19/2018 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. See Order for |

| | | | |
|---|---|---|---|
| | | | other dates and deadlines.(CBC) (Entered: 02/13/2018) |
| 02/16/2018 | 80 | | MOTION to Exclude Time Under the Speedy Trial Act by Paul R Hansmeier. (Atwal, Manvir) (Entered: 02/16/2018) |
| 02/16/2018 | 81 | | STATEMENT OF FACTS in Support of Exclusion of Time Under the Speedy Trial Act by Paul R Hansmeier re 80 MOTION to Exclude Time Under the Speedy Trial Act (Atwal, Manvir) (Entered: 02/16/2018) |
| 02/20/2018 | 82 | | ORDER granting Second 80 Motion to Continue Trial and Exclude Time Under the Speedy Trial Act as to Paul R Hansmeier (1). The Jury Trial set for March 19, 2018, is CANCELLED and will now commence on September 4, 2018 at 9:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. Please see Order for other dates and deadlines. Signed by Judge Joan N. Ericksen on 2/20/2018. (CBC) (Entered: 02/20/2018) |
| 06/13/2018 | 83 | | (Text–only) NOTICE of Cancellation & Rescheduling of Status Conference as to Paul R Hansmeier. The Status Conference set for 8/27/2018 at 9:30 AM is RESCHEDULED for 9/4/2018 at 9:30 AM. The Jury Trial will commence on 9/5/2018 at 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. (CBC) (Entered: 06/13/2018) |
| 06/13/2018 | | | *** Set/Reset Deadlines/Hearings as to Paul R Hansmeier: Status Conference set for 9/4/2018 at 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. (MMG) (Entered: 06/14/2018) |
| 07/20/2018 | 84 | | FILED IN ERROR. (Text–only) NOTICE OF SETTING CHANGE OF PLEA as to Paul R Hansmeier. Change of Plea Hearing set for 7/25/2018 at 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. (CBC) Modified text on 7/20/2018 (LEG). (Entered: 07/20/2018) |
| 08/02/2018 | 85 | | (Text–only) ORDER IN RESPONSE to e–mail. The Government's unopposed request to extend the due date for trial–related documents is granted. Trial–related documents are due by 5:00 PM on 8/15/2018. Responses to trial–related motions are due by 5:00 PM on 8/22/2018. Ordered by Judge Joan N. Ericksen on 8/2/2018. (CBC) (Entered: 08/02/2018) |
| 08/14/2018 | 95 | | Proposed Voir Dire by Paul R Hansmeier (Atwal, Manvir) (Entered: 08/14/2018) |
| 08/14/2018 | 96 | | Proposed Jury Instructions by Paul R Hansmeier (Atwal, Manvir) (Entered: 08/14/2018) |
| 08/15/2018 | 98 | | Proposed Petition for Modification of Pretrial Release as to John L Steele. (JMM) (Entered: 08/15/2018) |
| 08/15/2018 | 99 | | Pretrial Release: Modification of Conditions as to John L Steele 98 Proposed Petition/Order re: Supervision.. (JMM) (Entered: 08/15/2018) |
| 08/17/2018 | 101 | | (Text–only) NOTICE OF SETTING CHANGE OF PLEA as to Paul R Hansmeier. Change of Plea Hearing set for 8/17/2018 at 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. (CBC) (Entered: 08/17/2018) |
| 08/17/2018 | 102 | | Minute Entry for proceedings held before Judge Joan N. Ericksen: Change of Plea Hearing as to Paul R. Hansmeier (1) held on 8/17/2018. Plea entered |

| | | | |
|---|---|---|---|
| | | | Guilty to Counts 1 and 17 of the Indictment. (Court Reporter Kristine Mousseau) (MAH) (Entered: 08/17/2018) |
| 08/17/2018 | 103 | | PLEA AGREEMENT as to Paul R Hansmeier. (MMP) Document QC'd on 8/29/2018 (JGK). (Entered: 08/17/2018) |
| 08/20/2018 | 104 | | ORDER granting 98 Petition for Modification of Pretrial Release as to John L Steele (2). Signed by Judge Joan N. Ericksen on 8/20/2018. (CBC) (Entered: 08/20/2018) |
| 08/23/2018 | 105 | | TRANSCRIPT REQUEST by Paul R Hansmeier for a 30–Day Transcript of 102 Change of Plea Hearing and Plea Entered to Court Reporter Kristine Mousseau. (Atwal, Manvir) (Entered: 08/23/2018) |
| 09/10/2018 | 106 | | NOTICE of Filing of Official Transcript as to Paul R Hansmeier. This filing has 1 transcript(s) associated with it. (KM) (Entered: 09/10/2018) |
| 09/10/2018 | 107 | | TRANSCRIPT of Change of Plea Hearing held on 08/17/2018 before Judge Joan N. Ericksen as to Paul R Hansmeier. (35 pages). Court Reporter: Kristine Mousseau. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents.*<br><br>For information on redaction procedures, please review Local Rule 5.5. Redaction Request due 10/1/2018. Redacted Transcript Deadline set for 10/11/2018. Release of Transcript Restriction set for 12/10/2018. (KM) (Entered: 09/10/2018) |
| 10/12/2018 | 108 | | TRANSCRIPT REQUEST by USA as to Paul R Hansmeier for a COPY OF 107 Transcript&#040s&#041 to Court Reporter Kristine Mousseau. (MacLaughlin, David) (Entered: 10/12/2018) |
| 11/30/2018 | 109 | | Letter to the Court re: Preliminary Notice as to Paul R Hansmeier. (TMK) (Entered: 11/30/2018) |
| 12/10/2018 | 110 | | Letter to the Court re: Preliminary Notice as to John L Steele. (TMK) (Entered: 12/10/2018) |
| 12/13/2018 | 111 | | MOTION for Extension of Time to File Objections to Presentence Investigation Report by Paul R Hansmeier. (Atwal, Manvir) (Entered: 12/13/2018) |
| 12/14/2018 | 112 | | TEXT–ONLY ORDER granting Defendant's 111 Motion for Extension of Time to File Objections to preliminary Presentence Investigation Report as to Paul R Hansmeier (1). The correspondence and pleadings for both parties are due on January 4, 2019. Signed by Judge Joan N. Ericksen on 12/14/2018. (CBC) (Entered: 12/14/2018) |
| 01/04/2019 | 113 | | Second MOTION for Extension of Time to File Objections to Presentence Investigation Report by Paul R Hansmeier. (Atwal, Manvir) (Entered: 01/04/2019) |
| 01/07/2019 | 114 | | TEXT–ONLY ORDER granting Defendant's 113 Motion for Extension of Time to File Objections to preliminary Presentence Investigation Report as to Paul R Hansmeier (1). The objections are due January 11, 2019. Signed by Judge Joan N. Ericksen on 1/7/2019. (CBC) (Entered: 01/07/2019) |

| | | | |
|---|---|---|---|
| 01/16/2019 | 115 | | EXHIBIT *CHARACTER LETTERS* by John L Steele (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s)) (Eiglarsh, Mark) (Entered: 01/16/2019) |
| 01/22/2019 | 116 | | PRESENTENCE REPORT/ADDENDUM as to John L Steele. (SC) (Entered: 01/22/2019) |
| 01/24/2019 | 118 | | NOTICE *ATTORNEY'S CHANGE OF ADDRESS* by John L Steele (Eiglarsh, Mark) (Entered: 01/24/2019) |
| 02/25/2019 | 120 | | PRESENTENCE REPORT/ADDENDUM as to Paul R Hansmeier. (TMK) (Entered: 02/25/2019) |
| 02/28/2019 | 122 | | POSITION ON SENTENCING/SENTENCING MEMORANDUM by USA as to John L Steele (Langner, Benjamin) (Entered: 02/28/2019) |
| 03/04/2019 | 123 | | POSITION ON SENTENCING/SENTENCING MEMORANDUM by John L Steele (Eiglarsh, Mark) (Entered: 03/04/2019) |
| 03/06/2019 | 124 | | MOTION for Extension of Time to File Position Pleadings by Paul R Hansmeier. (Atwal, Manvir) (Entered: 03/06/2019) |
| 03/06/2019 | 125 | | TEXT–ONLY ORDER granting Defendant's 124 Motion for a Two–Week Extension of Time to File Position Pleadings as to Paul R Hansmeier (1). The parties' position pleadings are due Monday, March 25, 2019. Signed by Judge Joan N. Ericksen on 3/6/2019. (CBC) (Entered: 03/06/2019) |
| 03/25/2019 | 126 | | POSITION ON SENTENCING/SENTENCING MEMORANDUM by Paul R Hansmeier (Atwal, Manvir) (Entered: 03/25/2019) |
| 03/25/2019 | 127 | | POSITION ON SENTENCING/SENTENCING MEMORANDUM by USA as to Paul R Hansmeier (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s), # 6 Exhibit(s), # 7 Exhibit(s)) (Langner, Benjamin) (Entered: 03/25/2019) |
| 04/17/2019 | 128 | | (Text–only) NOTICE of Setting Sentencing as to Paul R Hansmeier: Sentencing set for 6/4/2019 at 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. (CBC) (Entered: 04/17/2019) |
| 05/03/2019 | 129 | | (Text–only) NOTICE of Setting Sentencing as to John L Steele: Sentencing set for 7/9/2019 at 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. (CBC) (Entered: 05/03/2019) |
| 05/29/2019 | 130 | | Letters, E–mails, and Other Sentencing Hearing Materials as to Paul R Hansmeier. (Entered: 05/29/2019) |
| 05/29/2019 | 131 | | RESPONSE by USA as to Paul R Hansmeier re 126 Position on Sentencing/Sentencing Memorandum (Langner, Benjamin) (Entered: 05/29/2019) |
| 05/30/2019 | 132 | | MOTION for Post–Sentencing Release Pending Appeal by Paul R Hansmeier. (Atwal, Manvir) (Entered: 05/30/2019) |
| 05/31/2019 | 133 | | (Text–only) NOTICE of Cancellation & Rescheduling of Sentencing as to Paul R Hansmeier. Sentencing RESET for 6/14/2019 at 09:30 AM in Courtroom 12W (MPLS) before Judge Joan N. Ericksen. (CBC) (Entered: 05/31/2019) |

| 06/12/2019 | 134 | | RESPONSE to Motion by USA as to Paul R Hansmeier re 132 MOTION for Post–Sentencing Release Pending Appeal (Langner, Benjamin) (Entered: 06/12/2019) |
|---|---|---|---|
| 06/14/2019 | 135 | | Minute Entry for proceedings held before Judge Joan N. Ericksen: Sentencing held on 6/14/2019 for Paul R Hansmeier. (Court Reporter Kristine Mousseau) (MAH) (Entered: 06/14/2019) |
| 06/17/2019 | 136 | | SENTENCING JUDGMENT as to Paul R Hansmeier (1), SENTENCED to Counts 1 and 17, Custody of BOP for 168 months as to Count 1 and 168 months as to Count 17 to be served concurrently; 2 years Supervised Release; $200 Special Assessment; $1,541,527.37 Restitution.; Remaining counts dismissed. Signed by Judge Joan N. Ericksen on 6/14/2019. (kt) (Entered: 06/17/2019) |
| 06/17/2019 | 137 | | Statement of Reasons (Restricted Document) as to Paul R Hansmeier. cc: FLU, USA Close Out Unit. (kt) (Entered: 06/17/2019) |
| 06/18/2019 | 138 | | TRANSCRIPT REQUEST for an Expedited 14–Day Transcript of 135 Order on Motion for Miscellaneous Relief, Sentencing to Court Reporter Kristine Mousseau. (Eiglarsh, Mark) (Entered: 06/18/2019) |
| 06/18/2019 | 139 | | TRANSCRIPT REQUEST for an Expedited 7–Day Transcript of 135 Order on Motion for Miscellaneous Relief, Sentencing to Court Reporter Kristine Mousseau. (Eiglarsh, Mark) (Entered: 06/18/2019) |
| 06/18/2019 | 140 | | SENTENCING WITNESS LIST. (CBC) (Entered: 06/18/2019) |
| 06/19/2019 | 141 | | SENTENCING EXHIBIT LIST. (CBC) (Entered: 06/19/2019) |
| 06/21/2019 | 143 | | MOTION to Amend/Correct 136 Sentencing Judgment, *Payment Plan* by USA as to Paul R Hansmeier. (Voss, Ana) (Entered: 06/21/2019) |
| 06/21/2019 | 144 | | PROPOSED ORDER TO JUDGE re 143 MOTION to Amend/Correct 136 Sentencing Judgment, *Payment Plan* by USA as to Paul R Hansmeier (Voss, Ana) (Entered: 06/21/2019) |
| 06/21/2019 | 145 | | Certificate of Service by USA as to Paul R Hansmeier re 144 Proposed Order to Judge, 143 MOTION to Amend/Correct 136 Sentencing Judgment, *Payment Plan* . (Voss, Ana) (Entered: 06/21/2019) |
| 06/24/2019 | 146 | | NOTICE of Filing of Official Transcript as to Paul R Hansmeier. This filing has 1 transcript(s) associated with it. (KM) (Entered: 06/24/2019) |
| 06/24/2019 | 147 | | TRANSCRIPT of Evidentiary Sentencing Hearing held on 06/14/2019 before Judge Joan N. Ericksen as to Paul R Hansmeier. (69 pages). Court Reporter: Kristine Mousseau. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*. For information on redaction procedures, please review Local Rule 5.5. Redaction Request due 7/15/2019. Redacted Transcript Deadline set for 7/25/2019. Release of Transcript Restriction set for 9/23/2019. (KM) (Entered: 06/24/2019) |
| 06/24/2019 | 148 | | ORDER granting 143 Motion to Amend/Correct Sentencing Judgment Payment Plan as to Paul R Hansmeier (1). Signed by Judge Joan N. Ericksen |

| | | | |
|---|---|---|---|
| | | | on 6/24/2019. (CBC) (Entered: 06/24/2019) |
| 06/26/2019 | 149 | | NOTICE OF APPEAL by Paul R Hansmeier re 136 Sentencing Judgment, (Atwal, Manvir) (Entered: 06/26/2019) |
| 06/27/2019 | 150 | | TRANSCRIPT REQUEST for a COPY OF 147 Transcript&#040s&#041 to Court Reporter Kristine Mousseau. (Atwal, Manvir) (Entered: 06/27/2019) |
| 06/28/2019 | 151 | | REDACTED REVISED INFORMATION SHEET TO U. S. COURT OF APPEALS, 8TH CIRCUIT as to Paul R Hansmeier. ** Pursuant to Fed.R.Crim.P. 49.1, an unredacted version of this document has been filed under seal with the Clerk. (MTP) (Entered: 06/28/2019) |
| 06/28/2019 | 152 | | Unredacted Revised Defendant Information Sheet as to Paul R Hansmeier. (MTP) (Entered: 06/28/2019) |
| 06/28/2019 | | | Electronic transmission of Notice of Appeal and Docket Sheet as to Paul R Hansmeier to US Court of Appeals re 149 Notice of Appeal – Final Judgment. Transmitted electronically the following documents: Notice of Appeal 149 , Judgment 136 , Redacted Revised Information Sheet 151 , Unredacted Revised Information Sheet 152 , and District Court's Docket Sheet. (MTP) (Entered: 06/28/2019) |
| 06/28/2019 | | | TEXT ONLY ENTRY: USCA Case Number as to Paul R Hansmeier 19–2386 for 149 Notice of Appeal – Final Judgment filed by Paul R Hansmeier. (KNK) (Entered: 07/01/2019) |
| 07/01/2019 | 153 | | TRANSMITTAL OF RECORDS as to Paul R Hansmeier re: Transcripts 147 , 107 , 65 sent to the USCA. (MMG) (Entered: 07/01/2019) |
| 07/02/2019 | 154 | | TRANSMITTAL OF RECORDS as to Paul R Hansmeier re: PSI and SOR sent to the USCA. (lmb) (Entered: 07/02/2019) |
| 07/03/2019 | 155 | | Release Status Report to the Court as to John L Steele. (SC) (Entered: 07/03/2019) |
| 07/08/2019 | 156 | | EXHIBIT by John L Steele (Eiglarsh, Mark) Modified Restriction to filer and court users per Judge Ericksen's chambers on 7/8/2019 (lmb). (Entered: 07/08/2019) |
| 07/09/2019 | 157 | | Minute Entry for proceedings held before Judge Joan N. Ericksen: Sentencing held on 7/9/2019 for John L Steele. (Court Reporter Maria Weinbeck) (MAH) (Entered: 07/09/2019) |
| 07/10/2019 | 158 | | EXHIBIT 1 by USA as to Paul R Hansmeier. (Langner, Benjamin) (Entered: 07/10/2019) |
| 07/10/2019 | 159 | | EXHIBIT 2 by USA as to Paul R Hansmeier. (Langner, Benjamin) (Entered: 07/10/2019) |
| 07/10/2019 | 160 | | EXHIBIT 3 by USA as to Paul R Hansmeier. (Langner, Benjamin) (Entered: 07/10/2019) |
| 07/10/2019 | 161 | | EXHIBIT 4 by USA as to Paul R Hansmeier. (Langner, Benjamin) (Entered: 07/10/2019) |
| 07/10/2019 | 162 | | |

| | | | SENTENCING JUDGMENT as to John L Steele (2), SENTENCED to Counts 1, 17, Custody of BOP for 60 months as to Count 1 and 60 months as to Count 17 to be served concurrently; 2 years Supervised Release to be served concurrently; Total Special Assessment $200.00; Total Restitution $1,541,527.37; Remaining Counts Dismissed. Signed by Judge Joan N. Ericksen on 7/9/2019. (KNK) Modified text on 7/15/2019 (KNK). (Entered: 07/10/2019) |
|---|---|---|---|
| 07/10/2019 | 163 | | Statement of Reasons as to John L Steele (Restricted Document). (cc: FLU and USA Close Out Unit) (KNK) (Entered: 07/10/2019) |
| 07/11/2019 | 164 | | Letters, E–mails, and Other Sentencing Hearing Materials by John L Steele (Restricted Document). (Entered: 07/11/2019) |
| 07/25/2019 | 165 | | TRANSCRIPT REQUEST for a 30–Day Transcript of 157 Sentencing to Court Reporter Maria Weinbeck. (Atwal, Manvir) (Entered: 07/25/2019) |
| 07/30/2019 | 166 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Paul R Hansmeier. (Mohring, Andrew) (Entered: 07/30/2019) |
| 08/23/2019 | 167 | | NOTICE of Filing of Official Transcript as to John L Steele. This filing has 1 transcript(s) associated with it. (MVW) (Entered: 08/23/2019) |
| 08/23/2019 | 168 | | TRANSCRIPT of Sentencing Hearing held on 07/09/19 before Judge Joan N. Ericksen as to John L Steele. (39 pages). Court Reporter: Maria Weinbeck. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>For information on redaction procedures, please review Local Rule 5.5. Redaction Request due 9/13/2019. Redacted Transcript Deadline set for 9/23/2019. Release of Transcript Restriction set for 11/21/2019. (MVW) (Entered: 08/23/2019) |
| 04/01/2020 | 169 | | PRO SE MOTION FOR RELEASE PENDING APPEAL by Paul R Hansmeier. (Attachments: # 1 Envelope) (KNK) Document QC'd on 4/8/2020 (JGK). (Entered: 04/01/2020) |
| 04/01/2020 | 170 | | PRO SE MEMORANDUM in Support by Paul R Hansmeier re 169 MOTION for Release from Custody. (KNK) Document QC'd on 4/8/2020 (JGK). (Entered: 04/01/2020) |
| 04/02/2020 | 171 | | (Text–Only) ORDER FOR PARTY TO RESPOND TO COURT re Pro Se 169 MOTION for Release from Custody as to Paul R Hansmeier. The Government shall file a responsive memorandum addressing Defendant's motion by April 9, 2020. Ordered by Judge Joan N. Ericksen on 4/2/2020. (CBC) (Entered: 04/02/2020) |
| 04/09/2020 | 172 | | RESPONSE to Motion by USA as to Paul R Hansmeier re 169 MOTION for Release from Custody (Attachments: # 1 Certificate of Service)(MacLaughlin, David) (Entered: 04/09/2020) |
| 04/10/2020 | | | TEXT ONLY ENTRY: Notice to USCA of Subsequent Filing in a Criminal Case, Re: Exhibit 159 , Order for Party to File Document/Respond to Court, 171 , Motion for Release from Custody 169 , Exhibit 158 , Exhibit 161 , Memorandum in Support of Motion 170 , Notice of Attorney Appearance/Substitution – Defendant 166 , Response to Motion 172 , Exhibit |

| | | | |
|---|---|---|---|
| | | | 160 as to Paul R Hansmeier. (kt) (Entered: 04/10/2020) |
| 04/10/2020 | 173 | | ORDER denying 169 Motion for Release from Custody as to Paul R Hansmeier (1). Signed by Judge Joan N. Ericksen on 4/10/2020. (CBC) cc: Hansmeier. Modified text on 4/14/2020 (MKB). (Entered: 04/10/2020) |
| 04/10/2020 | | | TEXT ONLY ENTRY: Notice to USCA of Subsequent Filing in a Criminal Case, Re: Order on Motion for Release from Custody 173 as to Paul R Hansmeier. (MKB) (Entered: 04/13/2020) |
| 04/16/2020 | 174 | | PRO SE REPLY MEMORANDUM IN SUPPORT OF re 169 MOTION for Release Pending Appeal filed by Paul R. HaNsmeier (Attachments: # 1 Envelope)(KNK) DOCUMENT QC'd by LJG on 4/21/2020 (LJG). (Entered: 04/16/2020) |
| 04/16/2020 | | | TEXT ONLY ENTRY: Notice to USCA of Subsequent Filing in a Criminal Case, Re: Reply to Response 174 as to Paul R Hansmeier. (MKB) (Entered: 04/17/2020) |
| 04/30/2020 | 175 | | PRO SE BRIEF filed by Paul R Hansmeier (Attachments: # 1 Envelope) (KNK) (Additional attachment(s) added on 5/11/2020: # 2 Pro Se Brief – 15 pgs) (MTP). cc: Hansmeier. Document QC'd on 5/11/2020 (MTP). (Entered: 04/30/2020) |
| 04/30/2020 | | | TEXT ONLY ENTRY: Notice to USCA of Subsequent Filing in a Criminal Case, Re: Brief 175 as to Paul R Hansmeier. (KNK) (Entered: 04/30/2020) |
| 05/11/2020 | | | NOTICE OF DOCKETING CORRECTION re 175 missing pages 6, 12, 13 added. cc: Hansmeier. (MTP) (Entered: 05/11/2020) |
| 06/01/2020 | 176 | | PRO SE MOTION for an Order Indicating to the Eighth Circuit that it would reconsider it's Order Hansmeier's Denying Motion to Dismiss by Paul R Hansmeier. (Attachments: # 1 Envelope) (KNK). Document QC'd on 7/4/2020 (MTP). (Entered: 06/02/2020) |
| 06/03/2020 | | | TEXT ONLY ENTRY: Notice to USCA of Subsequent Filing in a Criminal Case, Re: Motion for Order for 176 as to Paul R Hansmeier. (KNK) (Entered: 06/03/2020) |
| 06/04/2020 | 177 | | ORDER re Pro Se 176 Motion for Indicative Ruling as to Paul R Hansmeier (1). Signed by Judge Joan N. Ericksen on 6/4/2020. (CBC) cc: Hansmeier. Modified text on 6/5/2020 (MKB). (Entered: 06/04/2020) |
| 07/20/2020 | 178 | | PRO SE NOTICE of Change in Economic Circumstances by Paul R Hansmeier (Attachments: # 1 Envelope)(MTP) Document QC'd on 7/24/2020 (MMG). (Entered: 07/20/2020) |
| 09/04/2020 | 179 | | MOTION FOR IMMEDIATE PARTIAL PAYMENT FROM CASH BOND by USA as to John L Steele. (Secord, Erin) Modified text on 9/9/2020 (MMG). (Entered: 09/04/2020) |
| 09/04/2020 | 180 | | MEMORANDUM in Support by USA as to John L Steele re 179 MOTION FOR IMMEDIATE PARTIAL PAYMENT FROM CASH BOND (Secord, Erin) (Entered: 09/04/2020) |
| 09/04/2020 | 181 | | PROPOSED ORDER TO JUDGE re 179 MOTION FOR IMMEDIATE PARTIAL PAYMENT FROM CASH BOND by USA as to John L Steele |

| | | | |
|---|---|---|---|
| | | | (Secord, Erin) (Entered: 09/04/2020) |
| 09/04/2020 | 182 | | Certificate of Service by USA as to John L Steele re 181 Proposed Order to Judge, 179 MOTION FOR IMMEDIATE PARTIAL PAYMENT FROM CASH BOND , 180 Memorandum in Support of Motion . (Secord, Erin) (Entered: 09/04/2020) |
| 09/09/2020 | 183 | | DOCUMENT FILED IN ERROR–ORDER granting 179 MOTION FOR IMMEDIATE PARTIAL PAYMENT FROM CASH BOND by USA as to John L Steele. Signed by Judge Joan N. Ericksen on 9/9/2020. (CBC) Modified text on 9/9/2020 (MMG). (Entered: 09/09/2020) |
| 09/09/2020 | 184 | | Amended MOTION For Immediate Partial Payment from Cash Bond by USA as to John L Steele. (Secord, Erin) (Entered: 09/09/2020) |
| 09/09/2020 | 185 | | PROPOSED ORDER TO JUDGE re 184 Amended MOTION For Immediate Partial Payment from Cash Bond by USA as to John L Steele (Secord, Erin) (Entered: 09/09/2020) |
| 09/09/2020 | 186 | | Certificate of Service by USA as to John L Steele re 185 Proposed Order to Judge, 184 Amended MOTION For Immediate Partial Payment from Cash Bond . (Secord, Erin) (Entered: 09/09/2020) |
| 09/09/2020 | 187 | | ORDER granting 184 Amended MOTION For Immediate Partial Payment from Cash Bond by USA as to John L Steele (2). Signed by Judge Joan N. Ericksen on 9/9/2020. (CBC) (Entered: 09/09/2020) |
| 02/10/2021 | 188 | | Opinion of USCA (electronic copy) as to Paul R Hansmeier re 149 Notice of Appeal – Final Judgment. (lmb) (Entered: 02/10/2021) |
| 02/10/2021 | 189 | | JUDGMENT of USCA (electronic copy) as to Paul R Hansmeier re 149 Notice of Appeal – Final Judgment. (lmb) (Entered: 02/10/2021) |
| 04/02/2021 | 190 | | MANDATE of USCA (electronic copy) as to Paul R Hansmeier re 149 Notice of Appeal – Final Judgment (KNK) (Entered: 04/03/2021) |
| 05/27/2021 | 191 | | NOTICE *WAIVER AND ORDER MODIFICATION OF SUPERVISED RELEASE CONDITIONS* by John L Steele (Eiglarsh, Mark) (Entered: 05/27/2021) |
| 06/01/2021 | 192 | | PRO SE MOTION to Reduce Sentence – USSC Amendment by Paul R Hansmeier. (Attachments: # 1 Envelope) (KNK) Document QC'd on 6/18/2021 (MMG). (Entered: 06/01/2021) |
| 06/01/2021 | 193 | | PRO SE MEMORANDUM in Support by Paul R Hansmeier re 192 MOTION to Reduce Sentence – USSC Amendment (KNK) (Entered: 06/01/2021) |
| 07/07/2021 | 194 | | ORDER REGARDING Pro Se 192 MOTION to Reduce Sentence – USSC Amendment as to Paul R Hansmeier. Government's Response due 7/21/2021. Defendant's Reply due 8/4/2021. Signed by Judge Joan N. Ericksen on 7/7/2021. (CBC) cc: Hansmeier. Modified text on 7/8/2021 (MKB). (Entered: 07/07/2021) |
| 07/20/2021 | 195 | | RESPONSE to Motion by USA as to Paul R Hansmeier re 192 MOTION to Reduce Sentence – USSC Amendment (Attachments: # 1 Exhibit(s) 1)(MacLaughlin, David) (Entered: 07/20/2021) |

| 07/21/2021 | 196 | | NOTICE FROM THE SUPREME COURT OF THE UNITED STATES OF FILING PETITION FOR CERTIORARI as to Paul R Hansmeier. (KNK) (Entered: 07/22/2021) |
| --- | --- | --- | --- |
| 08/02/2021 | 197 | | PRO SE DEFENDANT'S REPLY/MEMORANDUM in Support by Paul R Hansmeier re 192 MOTION to Reduce Sentence – USSC Amendment (Attachments: # 1 Envelope)(KNK) Qc'd on 8/17/2021 (KNK). (Entered: 08/02/2021) |
| 08/09/2021 | 198 | | ORDER re 192 Motion to Reduce Sentence – USSC Amendment as to Paul R Hansmeier (1). Signed by Judge Joan N. Ericksen on 8/6/2021. (CBC) cc: Hansmeier. Modified text on 8/10/2021 (MKB). (Entered: 08/09/2021) |
| 08/12/2021 | 199 | | PRO SE LETTER to District Judge Joan N. Ericksen by Paul R Hansmeier. (Attachments: # 1 Envelope) (KNK) Document QC'd on 8/23/2021 (MTP). (Entered: 08/12/2021) |
| 09/03/2021 | 200 | | PRO SE LETTER REQUEST FOR RECONSIDERATION by Paul R Hansmeier (Attachments: # 1 Envelope) (KNK)Document QC'd on 9/29/2021 (MTP). (Entered: 09/03/2021) |
| 09/10/2021 | 201 | | ORDER re 200 pro se letter request for reconsideration as to Paul R Hansmeier (1). Signed by Judge Joan N. Ericksen on 9/10/2021. (CBC) cc: Hansmeier. Modified text on 9/13/2021 (MKB). (Entered: 09/10/2021) |
| 09/21/2021 | 202 | | Supervised Release: Modification of Conditions as to John L Steele. Judicial Acknowledgment Requested. (DG) (Entered: 09/21/2021) |
| 09/21/2021 | 203 | | Proposed Petition for Modification of Supervised Release 202 Report as to John L Steele. (DG) (Entered: 09/21/2021) |
| 09/21/2021 | 204 | | HEARING WAIVER by John L Steele re: 203 Proposed Petition for Modification of Conditions. (DG) (Entered: 09/21/2021) |
| 09/24/2021 | 205 | | Acknowledgment by Judge re: Supervised Release 202 Modification of Conditions as to John L Steele. Signed by Judge Joan N. Ericksen on 9/23/2021. (CBC) (Entered: 09/24/2021) |
| 09/24/2021 | 206 | | ORDER granting 203 Petition for Modification of Supervised Release as to John L Steele (2). Signed by Judge Joan N. Ericksen on 9/23/2021. (CBC) (Entered: 09/24/2021) |
| 10/04/2021 | 207 | | NOTICE FROM THE SUPREME COURT OF THE UNITED STATES OF FILING PETITION FOR CERTIORARI as to Paul R Hansmeier. The petition for a writ of certiorari is denied. (MTP) (Entered: 10/05/2021) |
| 12/27/2021 | 208 | | PRO SE MOTION FOR BAIL AND MEMORANDUM IN SUPPORT by Paul R Hansmeier. (Attachments: # 1 Envelope) (kt) Document QCd on 2/1/2022 (MMG). (Entered: 12/28/2021) |
| 12/27/2021 | 209 | | PRO SE MOTION to Vacate under 28 U.S.C. 2255 by Paul R Hansmeier. (Attachments: # 1 Envelope) (kt) Civil case 0:21–cv–02751–JNE opened. Document QCd on 2/1/2022 (MMG). (Entered: 12/28/2021) |
| 12/27/2021 | 210 | | PRO SE BRIEF by Paul R Hansmeier re 209 PRO SE MOTION to Vacate under 28 U.S.C. 2255. (kt) Document QCd on 2/1/2022 (MMG). (Entered: |

| | | | 12/28/2021) |
|---|---|---|---|
| 01/06/2022 | <u>211</u> | | PRO SE MOTION AND MEMORANDUM IN SUPPORT to Reduce Term of Sentence/Compassionate Release from Custody by Paul R Hansmeier. (Attachments: # <u>1</u> Exhibit(s), # <u>2</u> Envelope) (KNK) Document QCd on 2/25/2022 (MMG). (Additional attachment(s) added on 2/25/2022: # <u>3</u> Motion/Memorandum Re–Scan of Complete Document, # <u>4</u> Exhibit(s) Re–Scan of Exhibits in Correct Order A–D) (MMG). (Entered: 01/07/2022) |
| 01/18/2022 | <u>212</u> | | ORDER FOR PARTY TO FILE DOCUMENT/RESPOND TO COURT re <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 as to Paul R Hansmeier. Government's Response due by 2/1/2022. Defendant's Reply due by 2/15/2022. Signed by Judge Joan N. Ericksen on 1/18/2022. (CBC) cc: Hansmeier. Modified text on 1/19/2022 (MKB). (Entered: 01/18/2022) |
| 01/27/2022 | <u>213</u> | | MOTION for Extension of Time to File Response/Reply as to <u>210</u> Brief, <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 by USA as to Paul R Hansmeier. (MacLaughlin, David) (Entered: 01/27/2022) |
| 01/28/2022 | <u>214</u> | | Certificate of Service by USA as to Paul R Hansmeier re <u>213</u> MOTION for Extension of Time to File Response/Reply as to <u>210</u> Brief, <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 . (MacLaughlin, David) (Entered: 01/28/2022) |
| 01/31/2022 | <u>215</u> | | ORDER granting Government's <u>213</u> Motion for Extension of Time to File Response as to Paul R Hansmeier (1). Government's response due by 2/22/2022. Defendant's Reply due by 3/15/2022. Signed by Judge Joan N. Ericksen on 1/31/2022. (CBC) cc: Hansmeier. Modified text on 1/31/2022 (MKB). (Entered: 01/31/2022) |
| 02/07/2022 | <u>216</u> | | PRO SE RESPONSE in Opposition by Paul R Hansmeier re <u>213</u> MOTION for Extension of Time to File Response/Reply as to <u>210</u> Brief, <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # <u>1</u> Envelope)(kt) Document QC'd on 2/11/2022 (ACH). (Entered: 02/07/2022) |
| 02/11/2022 | <u>217</u> | | Second MOTION for Extension of Time to File Response/Reply as to <u>210</u> Brief, <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 by USA as to Paul R Hansmeier. (Attachments: # <u>1</u> Certificate of Service) (MacLaughlin, David) (Entered: 02/11/2022) |
| 02/15/2022 | 218 | | (Text–Only) ORDER granting Government's Second <u>217</u> Motion for Extension of Time to File Response/Reply as to Paul R Hansmeier (1). The Government's response to Mr. Hansmeier's motions due by March 08, 2022. Defendant's reply due by March 29, 2022. Ordered by Judge Joan N. Ericksen on 2/15/2022. (CBC) cc: Hansmeier. Modified text on 2/16/2022 (MKB). (Entered: 02/15/2022) |
| 02/25/2022 | | | NOTICE OF DOCKETING CORRECTION: <u>211</u> When we received these documents the exhibits were wedged between the pages of the motion so part of the motion pages were mistakenly scanned in with the exhibit attachment. The motion and exhibit documents have been separated from each other and attached to the original filing. (MMG) (Entered: 02/25/2022) |
| 02/28/2022 | <u>219</u> | | PRO SE OPPOSITION to Respondent's Second Motion by Paul R Hansmeier re <u>217</u> Second MOTION for Extension of Time to File Response/Reply as to <u>210</u> Brief, <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # <u>1</u> |

| | | | |
|---|---|---|---|
| | | | Envelope)(KNK) Document QC'd on 3/9/2022 (MTB). (Entered: 02/28/2022) |
| 03/04/2022 | <u>220</u> | | MOTION for Extension of Time to File Response/Reply as to <u>210</u> Brief, <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 by USA as to Paul R Hansmeier. (Attachments: # <u>1</u> Certificate of Service) (MacLaughlin, David) (Entered: 03/04/2022) |
| 03/07/2022 | 221 | | (Text−Only) ORDER granting Government's <u>220</u> Motion for Extension of Time to File Response/Reply as to Paul R Hansmeier (1). The Government's response to Mr. Hansmeier's motions due by March 15, 2022. Defendant's reply due by April 5, 2022. Ordered by Judge Joan N. Ericksen on 3/7/2022. (CBC) cc: Hansmeier. Modified text on 3/8/2022 (MKB). (Entered: 03/07/2022) |
| 03/14/2022 | <u>222</u> | | PRO SE RESPONSE by Paul R Hansmeier re <u>220</u> MOTION for Extension of Time to File Response/Reply as to <u>210</u> Brief, <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # <u>1</u> Envelope)(KNK) Document QC'd on 3/31/2022 (MTB). (Entered: 03/14/2022) |
| 03/15/2022 | <u>223</u> | | RESPONSE to Motion by USA as to Paul R Hansmeier re <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # <u>1</u> Certificate of Service)(MacLaughlin, David) (Entered: 03/15/2022) |
| 03/25/2022 | <u>224</u> | | PRO SE MOTION/REQUEST for Extension of Time to File Reply in Support of <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 by Paul R Hansmeier. (Attachments: # <u>1</u> Envelope) (MKB) Document QC'd on 4/28/2022 (MTB). (Entered: 03/25/2022) |
| 03/28/2022 | 225 | | (Text−Only) ORDER granting Pro Se <u>224</u> Motion for Extension of Time to File Reply in Support of <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 as to Paul R Hansmeier (1). Defendant's reply due by 4/19/2022. Ordered by Judge Joan N. Ericksen on 3/28/2022. (CBC) cc: Hansmeier. Modified text on 3/29/2022 (MKB). (Entered: 03/28/2022) |
| 04/21/2022 | <u>226</u> | | PRO SE REPLY BRIEF In Support of re <u>209</u> MOTION to Vacate under 28 U.S.C. 2255 by Paul R Hansmeier (Attachments: # <u>1</u> Envelope)(KNK) Document QC'd on 5/26/2022 (MTB). (Entered: 04/22/2022) |
| 05/17/2022 | <u>227</u> | | MOTION to Amend/Correct <u>136</u> Sentencing Judgment, *ORDER OF RESTITUTION* by USA as to Paul R Hansmeier. (Attachments: # <u>1</u> Certificate of Service) (MacLaughlin, David) (Entered: 05/17/2022) |
| 05/19/2022 | <u>228</u> | | ORDER: The United States' Motion for Amended Order of Restitution [Docket No. <u>227</u> ] is GRANTED as to Paul R Hansmeier (1). Signed by Judge Joan N. Ericksen on 5/19/2022. (CBC) cc: Hansmeier. Modified text on 5/20/2022 (MKB). (Entered: 05/19/2022) |
| 05/31/2022 | <u>229</u> | | PRO SE NOTICE OF APPEAL by Paul R Hansmeier re <u>228</u> Order on Motion to Amend/Correct. (Attachments: # <u>1</u> Envelope)(KNK) (Entered: 05/31/2022) |
| 06/01/2022 | <u>230</u> | | REVISED INFORMATION SHEET TO U. S. COURT OF APPEALS, 8TH CIRCUIT as to Paul R Hansmeier. (MKB) (Entered: 06/01/2022) |
| 06/01/2022 | | | Electronic transmission of Notice of Appeal and Docket Sheet as to Paul R Hansmeier to US Court of Appeals re <u>229</u> Notice of Appeal − Order. Transmitted electronically the following documents: Notice of Appeal <u>229</u> , |

| | | | Order <u>228</u> , Revised Information Sheet <u>230</u> and District Court's Docket Sheet. (MKB) (Entered: 06/01/2022) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                             Case No. 16-cr-334 (JNE) (1)
                                                               ORDER
Paul R. Hansmeier,

        Defendant.

This case is before the Court on the United States' Motion for Amended Order of Restitution. The United States moved to amend the judgment entered against Defendant to indicate that restitution is owed jointly and severally with his co-defendant. The Court grants the motion.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.    The United States' Motion for Amended Order of Restitution [Docket No. 227] is GRANTED.

2.    The Judgment in a Criminal Case [Docket No. 136] is amended to indicate that the total amount of restitution, $1,541,527.37, is owed jointly and severally with John L. Steele, Case No. 16-cr-334 (JNE) (2).

Dated: May 19, 2022

                                 s/Joan N. Ericksen
                                 JOAN N. ERICKSEN
                                 United States District Judge

RECEIVED BY MAIL
MAY 31 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

PAUL R. HANSMEIER,
Defendant.

16- cr- 334 (JNE)(1)

NOTICE OF APPEAL

Please take notice that Defendant Paul Hansmeier hereby appeals the Order entered on May 19, 2022, Dkt. 227, the resulting amended judgment and all prior orders entered in this case to the United States Court of Appeals for the Eighth Circuit.

Dated: May 27, 2022

Paul Hansmeier
20953-041 Unit K3
P.O. Box 1000
Federal Correctional Institution
Sandstone, MN 55072

PRISON MAILBOX RULE CERTIFICATION

I certify under the penalty of perjury that I placed the above in the prison mailbox system on May 27, 2022, by submitting it with First Class postage prepaid.

Paul Hansmeier

SCANNED
MAY 31 2022
U.S. DISTRICT COURT MPLS

COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20953-091 Unit K3
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
27 MAY 2022 PM 5  L



SCANNED
MAY 31 2022
U.S. DISTRICT COURT MPLS

20953-041
District Court
Clerk of Court
300 S 4TH ST
Minneapolis, MN 55415
United States

RECEIVED BY MAIL
MAY 31 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

55415-229799

Federal Correctional Institution
P.O. Box 1000 Sandstone, MN 55072
**DATE:** 5-27-22

The enclosed letter was processed through Special Handling
Procedures for forwarding to you. The letter has neither been
opened nor inspected. If the writer raises a question or problem
over which this facility has jurisdiction, you may wish to return
the material for further information or clarification. If the writer
encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.

# UNITED STATES DISTRICT COURT
**District of Minnesota**

**REVISED INFORMATION SHEET-Criminal Cases Only**

1. United State of America v.  Paul R Hansmeier   CR 16-334 JNE/KMM

2. Defendant and Address:   Reg. No. 20953-041
   FCI Sandstone Unit K3
   P.O. Box 1000
   Sandstone, MN 55072

3. Date of Verdict: ☒ N/A ☒ Guilty Plea Entered

4. Appealing:  ☒ Order Granting United States Motion for Amended Order of Restitution

5. Sentence:  Custody of BOP for 168 months, 2 yrs supervised release, special assmt of $200; restitution of $1,541,52737

6. Date sentence imposed: 6/14/2019

7. Defendant incarcerated? ☒ Yes

8. Financial Status:  Fee paid?  ☒ N/A Counsel previously appointed  - appeal filed pro se

9. Notice of Appeal was filed on 5/31/2022

10. Court Reporter: N/A

11. Trial Counsel:

   Andrew H. Mohring and Manvir Atwal
   Office of the Federal Defender
   300 South Fourth Street
   107 US Courhouse
   Minneapolis, MN 55415
   612-664-5858

1

12. Trial Counsel was:   ☒ Previously Appointed  - Appeal filed pro se

Is there any reason why trial counsel should not be appointed on appeal?  ☒ No

13. Assistant U.S. Attorney: Ana Voss, David MacLaughlin, and Erin Secord – 612-664-5600

14. List of other defendants in this case & disposition: N/A

15. Additional Comments:

☒ Probation-Please send the PSI, Addendums and Statement of Reasons to the Criminal Unit.

Prepared by: MKB