# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2162

United States of America

Appellee

v.

Paul R. Hansmeier

Appellant

___

Appeal from U.S. District Court for the District of Minnesota
(0:16-cr-00334-JNE-1)

___

**MANDATE**

In accordance with the judgment of 06/06/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 28, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit

___

/s/ Michael E. Gans